UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: | ) |
| | ) |
| DAWN MARIE ALDERSON | ) Bankruptcy No. 05-32914-BHL-7A |
| | ) |
| Debtor(s). | ) |
| _____ | ) |
| | ) |
| Ellen K. Fujawa, Trustee | ) Adversary Proceeding No. |
| Plaintiff | ) |
| -v- | ) |
| | ) |
| DAWN MARIE ALDERSON | ) |
| | ) |
| Defendant(s). | ) |

## COMPLAINT TO REVOKE DISCHARGE

Plaintiff, Ellen K. Fujawa, for her complaint against the Defendant(s) Debtor(s), DAWN MARIE ALDERSON, would show the Court:

1. That the Court has jurisdiction of this matter under 11 U.S.C. 727 and 28 U.S.C. 1334. Venue is proper in this Court pursuant to 28 U.S.C. 1409. This matter is a core proceeding under 28 U.S.C. 157(b)(2).

2. Plaintiff is the duly appointed Chapter 7 trustee in this case.

3. The Trustee was obliged to seek an Order of turnover to compel the Defendant(s) Debtor(s) to turnover pro-rated (79.17%) 2005 federal and state tax refunds in the amount of $3,495.35. The Defendant(s) Debtor(s) failed to comply with the Order entered on October 26, 2006.

4. An order of discharge was entered in this case on January 31, 2007. The discharge should be revoked pursuant to 11 U.S.C. 727(a)(6)(A).

WHEREFORE the Plaintiff Trustee prays that after such notice and hearing as the

Court shall require, that the Court enter judgment revoking the Order of Discharge entered January 31, 2007 in this case, and deny a discharge under 11 U.S.C. 727 to the Debtor(s) in this case, DAWN MARIE ALDERSON.

                                                /s/ Ellen K. Fujawa
                                                Ellen K. Fujawa, Trustee